**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 13-cv-01804
Carole Grant Hall v. TuneUp Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff Carole Grant Hall

| NAME (Type or print) |
| --- |
| Benjamin H. Richman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Benjamin H. Richman |

| FIRM |
| --- |
| Edelson LLC |

| STREET ADDRESS |
| --- |
| 350 North LaSalle, Suite 1300 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6300668 | (312) 589-6370 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |