# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CAROLE GRANT HALL, individually and on    :
behalf of all others similarly situated,
                                          :
              Plaintiff,                       No. 13 CV 1804
                                          :
       v.                                      Hon. Samuel Der-Yeghiayan
                                          :    Magistrate Judge Susan E. Cox
TUNEUP CORPORATION, a Delaware
corporation,                              :

              Defendant.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## TUNEUP CORPORATION'S MOTION TO DISMISS THE COMPLAINT

Defendant TuneUp Corporation hereby moves to dismiss all claims against it in the complaint (Exhibit A to Docket No. 1) under Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of its motion, TuneUp Corporation submits its accompanying memorandum of law and states as follows:

1. The complaint fails to state any claim against TuneUp Corporation because Plaintiff has no legal relationship with TuneUp Corporation: TuneUp Corporation did not sell the software to her. (See End User License Agreement For Software Licenses (the "Agreement"), submitted by Defendant as Exhibit A to its accompanying memorandum of law.)[1]

2. The complaint fails to state claims for a violation of Illinois Consumer Fraud Act (Count I) and fraudulent inducement (Count II) because it lacks the heightened pleading specificity for such claims required by Federal Rule of Civil Procedure 9(b). Moreover,

---

[1] As discussed in Section I.A of the accompanying memorandum of law, the Court may consider the Agreement as part of this 12(b)(6) motion.

the alleged misrepresentations set forth in the complaint are non-actionable because, at most, they constitute the type of generalized product-favorable advertising treated as "puffery" under Illinois law.

3. The complaint fails to state a claim for breach of contract (Count III) because Plaintiff did not enter into any contract with Defendant TuneUp Corporation. Moreover, the Complaint fails to specify what provisions, if any, were violated under the contract between Plaintiff and TuneUp Distribution GmbH, submitted by Defendant in support of this motion to dismiss. (See Exhibit A to accompanying memorandum of law.)

4. The complaint fails to state a claim for breach of the implied contractual covenant of good faith and fair dealing (Count IV) because no contract exists between Plaintiff and TuneUp Corporation and because Illinois law does not recognize the covenant as a cause of action independent of a breach of contract claim.

5. The complaint fails to state a claim for unjust enrichment (Count V) because it pleads that an express contract exists relating to Plaintiff's dispute, and because it fails to plead sufficient facts as to Plaintiff's personal experience to establish that any benefit was unjustly received or retained by Defendant TuneUp Corporation in violation of justice, equity, and good conscience.

WHEREFORE, TuneUp Corporation respectfully moves this Court to dismiss the complaint with prejudice and award such other relief as the Court deems just and proper.

| | |
|---|---|
| Dated: March 25, 2013<br>Chicago, Illinois | Respectfully submitted, |
| Of Counsel: | /s/ Edward M. Crane<br>Edward M. Crane |
| James R. Carroll, Esq.<br>David S. Clancy, Esq.<br>Matthew M.K. Stein, Esq.<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br>james.carroll@skadden.com<br>david.clancy@skadden.com<br>matthew.stein@skadden.com | SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br>edward.crane@skadden.com<br><br>Counsel for Defendant<br>TuneUp Corporation |

# **CERTIFICATE OF SERVICE**

Edward M. Crane, an attorney, hereby certifies that on March 25, 2013, he caused a true and correct copy of the foregoing document to be served on counsel as follows:

> By the Court's ECF system: Benjamin H. Richman (brichman@edelson.com); and
>
> By hand delivery at the following address: Jay Edelson, Rafey S. Balabanian, Chandler R. Givens, EDELSON LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654.

Dated: March 25, 2013                    /s/ Edward M. Crane
                                         Edward M. Crane