# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Carole Grant Hall

                       Plaintiff,

v.                                             Case No.: 1:13−cv−01804
                                             Honorable Samuel Der−Yeghiayan

TuneUp Corporation

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2013:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 10/23/2014 at 9:00 a.m. Defendant shall file an answer or otherwise pead by 8/20/2013. Expert Discovery ordered closed by 10/24/2014. Dispositive motions with supporting memoranda due by 11/21/2014. Responses due by 12/19/2014. Replies due by 1/16/2015. Motion for class certification due by 4/25/2014. Responses due by 5/23/2014. Replies due by 6/20/2014.Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.