IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CAROLE GRANT HALL, individually and on :
behalf of all others similarly situated,
:
                Plaintiff,       No. 13 CV 1804
:
       v.                     Hon. Andrea R. Wood
:       Magistrate Judge Susan E. Cox
TUNEUP CORPORATION, a Delaware
corporation,                 :

                Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT'S NOTICE OF JOINDER IN AND
RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY
<u>APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT</u>**

      Defendant TuneUp Corporation ("TuneUp Corp.") respectfully submits this Notice Of Joinder In And Response to Plaintiff's July 18, 2014 request for an Order from this Court (a) preliminarily approving the settlement, (b) conditionally certifying a class only for purposes of settlement, (c) approving notice to the settlement class, and (d) scheduling a final approval hearing. In support thereof, TuneUp Corp. states as follows:

      1.      TuneUp Corp. joins in the relief that Plaintiff seeks, namely approval of the parties' proposed class settlement. TuneUp Corp. believes (as does Plaintiff) that a settlement class is properly conditionally certified here under the legal standards applicable to class-action settlements, and that the settlement itself is fair, adequate, and reasonable.

      2.      However, TuneUp Corp. does not endorse all factual and legal statements in Plaintiff's supporting brief. As to the criticisms of the product at issue, Plaintiff's brief properly acknowledges that TuneUp Corp. has denied (<u>see</u> Answer And Affirmative Defenses Of Defendant TuneUp Corporation To The First Amended Class Action Complaint (Docket

No. 46)), and continues to deny, Plaintiff's allegations, and contends that those allegations, and Plaintiff's causes of action in this case, are without merit. The software at issue (TuneUp Utilities 2010, TuneUp Utilities 2011, TuneUp Utilities 2012, and TuneUp Utilities 2013) was well-reviewed by independent industry reviewers. For example, PCMag.com rated TuneUp Utilities 2013 as "excellent" and stated "If you'd like to put some pep in the step of your sluggish desktop or laptop, then check out TuneUp Utilities 2013. This application is designed to improve computer performance by tossing junk files, uninstalling unneeded programs, defragmenting the hard drive, and much, much more. Overall, the software does a fine job of revitalizing a worn PC." (PCMag.com, http://www.pcmag.com/article2/0,2817,2371494,00.asp (Sept. 28, 2012).)[1] TuneUp Corp. stands ready to defeat Plaintiff's allegations and claims on summary judgment and/or at trial on the basis of fact and expert evidence.

      3.      In addition, as Plaintiff's brief makes clear, it asserts the propriety of certification of a class here for settlement purposes. TuneUp Corp. joins in that requested relief, but reserves the right to oppose certification of a class here for purposes of trial in the event that the settlement is for any reason not consummated. See Settlement Agreement § IX (expressly reserving "all claims, remedies, defenses, arguments, and motions as to all claims and requests for relief that have been or might be later asserted in the Action" and Defendant's "right to oppose a later-filed motion for class certification"); § XIII (providing that proceedings in connection with settlement do not constitute "evidence of any presumption, concession, or

---

[1]     Similarly, CNET.com rated TuneUp Utilities 2013 as "outstanding" and stated "Overall, I felt that the utility did what it claims to do and did it well." (CNET.com, http://download.cnet.com/TuneUp-Utilities-2013/3000-18512_4-13107133.html (Apr. 8, 2013).) PCMag.com gave TuneUp Utilities 2012 four stars, stating "This thorough PC cleaning and tune-up utilities can give a worn or aged computer a second chance at life." (PCMag.com, https://web.archive.org/web/20120123060708/http://www.pcmag.com/article2/0,2817,2371494,00.asp (Jan. 18, 2012).)

admission by any Released Party of the truth of any fact alleged by Hall" and reserving Defendant's "rights to oppose certification of any plaintiff's claim in future proceedings").

4. TuneUp Corp. acknowledges its obligations under 28 U.S.C. § 1715(b) to "serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement." TuneUp Corp. will serve the required notice no later than July 28, 2014 (i.e., within ten days of Plaintiff's filing the proposed settlement with the Court) and will file a declaration with the Court concerning its compliance with § 1715(b) in advance of the fairness hearing.

## CONCLUSION

WHEREFORE, subject to the foregoing statements, TuneUp Corp. respectfully requests that the Court grant the relief requested in Plaintiff's preliminary approval motion, and enter an Order (a) preliminarily approving the settlement, (b) preliminarily certifying a class only for purposes of settlement, (c) approving notice to the settlement class, and (d) scheduling a final approval hearing.

| | |
|---|---|
| Dated: July 18, 2014<br>      Boston, Massachusetts | Respectfully submitted,<br><br> /s/ David S. Clancy<br>Edward M. Crane<br>Timothy M. Frey<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br>edward.crane@skadden.com<br>timothy.frey@skadden.com<br><br>James R. Carroll<br>David S. Clancy<br>Matthew M.K. Stein<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>david.clancy@skadden.com<br>matthew.stein@skadden.com<br><br>Counsel for<br>TuneUp Corp. |

**CERTIFICATE OF SERVICE**

        David S. Clancy, an attorney, hereby certifies that on July 18, 2014, he caused a true and correct copy of the foregoing document to be served on counsel as follows:

        By the Court's ECF system: Rafey S. Balabanian (rbalabanian@edelson.com), Benjamin H. Richman (brichman@edelson.com), Eve-Lynn J. Rapp (erapp@edelson.com), David I. Mindell (dmindell@edelson.com), Courtney C. Booth (cbooth@edelson.com); and

        By first class mail, postage prepaid, at the following address: Jay Edelson, EDELSON PC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654.

Dated: July 18, 2014                                  /s/ David S. Clancy
                                                           David S. Clancy