**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**


Carole Grant Hall

               Plaintiff,

v.
                                  Case No.: 1:13−cv−01804
                                  Honorable Andrea R. Wood

TuneUp Corporation

               Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, July 29, 2014:


      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Motion hearing held on Plaintiff's unopposed motion for preliminary approval of the proposed class action settlement [70]. Plaintiff's motion is granted. The final approval hearing for the proposed class action settlement is set for 12/16/2014 at 10:00 a.m. Plaintiff shall submit a revised proposed order to the Court's proposed order e−mailbox including the dates for the approval hearing and related events. Mailed notice (ac, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.