

October 11, 2014



FILED
OCT 2 0 2014
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Clerk of the Court
United States District Court
Northern District of Illinois,
Eastern Division
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Comment regarding - Hall v. TuneUp Corporation, Case No. 13-cv-1804

I purchased Tune-Up Utilities on the recommendation of my employer's IT department.
I believe the product performs as expected. I believe the cost of the product was a very good value for the service received. I have also use AVG Anti-virus free version and have for many years without issue.

As a purchaser of this product, it is my understanding that I am automatically included in this class action suit. I believe this class action suit to be frivolous and a waste of time and money.
I do not intend to appear in or at any hearing involving this class action suit.

Thank you,

Sheryl Bugbee
2607 Forestbrook Dr
Texas 77373

Email used for purchase: shersawench@netzero.com