## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Carole Grant Hall

                        Plaintiff,

v.                                                   Case No.: 1:13–cv–01804
                                                           Honorable Andrea R. Wood

TuneUp Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 16, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Fairness hearing held regarding Plaintiff's unopposed motion for final approval of class action settlement [83]. For the reasons stated on the record, the Court finds that the proposed class settlement is fair, reasonable, and adequate, and otherwise satisfies the requirements set forth in Federal Rule of Civil Procedure 23(e). Accordingly, the Court grants the motion and approves the class action settlement. Plaintiff's motion for an order approving her request for an award of reasonable attorneys' fees and expenses to Class Counsel, and an incentive award for her role as Class Representative [77] is also granted. Civil case terminated. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.